IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 11-CV-171-WDS |
| ) | |
| TOTAL GRAIN MARKETING, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**STIEHL, District Judge:**

Before the Court is the Report and Recommendation of Magistrate Judge Stephen C. Williams (Doc. 86) that this Court deny TGM's motion for sanctions pursuant to Rules 16 and 37 (Doc. 38), and deny TGM's motion for sanctions pursuant to Rule 11 (Doc. 43). Neither plaintiff nor defendant filed any objections to the Report and Recommendation.

Upon review of the record, the Court **ADOPTS** in full the Report and Recommendation of Magistrate Judge Stephen C. Williams (Doc. 86). TGM's motion for sanctions pursuant to Rules 16 and 37 (Doc. 38) is **DENIED**. TGM's motion for sanctions pursuant to Rule 11 ( Doc. 43) is also **DENIED**.

**IT IS SO ORDERED.**

**DATE: October 10, 2012**

/s/  WILLIAM D. STIEHL
**DISTRICT JUDGE**